### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stovall, Karen

Printed: 10/30/07

Case Number:  05 B 10687
Judge:  Hollis, Pamela S
Filed:  3/23/05

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  March 12, 2007
Confirmed:  May 9, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,608.00 |  |
| Secured: |  | 3,576.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 314.86 |
| Other Funds: |  | 517.00 |
| Totals: | 6,608.00 | 6,608.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,200.00 | 2,200.00 |
| 2. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 599.66 | 140.63 |
| 4. | Midland Mortgage Company | Secured | 12,389.66 | 2,501.61 |
| 5. | Internal Revenue Service | Secured | 4,198.11 | 933.90 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 422.50 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 119.05 | 0.00 |
| 8. | Northeastern University | Unsecured | 1.00 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 146.72 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 156.60 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 63.46 | 0.00 |
| 12. | SN Servicing Corporation | Unsecured | | No Claim Filed |
| 13. | Quality Paperback Book | Unsecured | | No Claim Filed |
| 14. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | One Spirit | Unsecured | | No Claim Filed |
| 18. | US Cellular | Unsecured | | No Claim Filed |
| 19. | Kirkor Karachorlu MD | Unsecured | | No Claim Filed |
| 20. | World Book Direct Marketing | Unsecured | | No Claim Filed |
| 21. | World Gym | Unsecured | | No Claim Filed |
| 22. | Book of the Month Club | Unsecured | | No Claim Filed |
| 23. | Universal Radiologhy | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,296.76 | $ 5,776.14 |

10

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Stovall, Karen

Printed:  10/30/07

Case Number:  05 B 10687
Judge:  Hollis, Pamela S
Filed:  3/23/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 12.51 |
| 5.5% | 229.50 |
| 5% | 20.15 |
| 4.8% | 52.70 |
| | _____ |
| | $ 314.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_